IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case: 1:23-mj-00233<br>Assigned to: Judge Faruqui, Zia M.<br>Assign Date: 8/28/2023<br>Description: COMPLAINT W/ ARREST WARRANT |
| v. | : | |
| | : | **VIOLATIONS:** |
| | : | |
| **PHILIP ANDERSON** | | |
| | | **18 U.S.C. § 1752(a)(1)** - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; |
| **Defandant.** | | **18 U.S.C. § 1752(a)(2)** - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;<br>**40 U.S.C. § 5104(e)(2)(D)** - Violent Entry and Disorderly Conduct on Capitol Grounds;<br>**18 U.S.C. § 231(a)(3)** - Obstruction of Law Enforcement During Civil Disorder;<br>**18 U.S.C. § 1512(c)(2)** - Obstruction of Justice/Congress. |

**ORDER**

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1.  IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

    2.    IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date:    August 28, 2023

                                                              _____

                                                              ZIA M. FARUQUI  
                                                              UNITED STATES MAGISTRATE JUDGE