NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                    Criminal Number  1:23-mj-00233

**Phillip Anderson**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

George T. Pallas; Bar ID: FL0108
*(Attorney & Bar ID Number)*
George T. Pallas, P.A.
*(Firm Name)*
2420 Coral Way
*(Street Address)*
Miami, Florida, 33145
(City)          (State)          (Zip)
305-856-8580
*(Telephone Number)*