**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:23-MJ-00233 |
| | : | |
| PHILIP ANDERSON | : | |
| | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE AS CO-COUNSEL**

Please take notice that Dylan George Barket of the law firm of Barket Lawyers P.A., will be representing Defendant Philip Anderson as co-counsel with George Pallas of George T. Pallas P.A. for Trial Purposes Only.

Dylan G. Barket requests that he be included on the service of all notices, pleadings, and other documents filed in this case at the following address:

**BARKET LAWYERS**
66. W. FLAGLER STREET
7TH FLOOR – CONCORDE BUILDING
MIAMI, FLORIDA, 33130
DYLAN@BARKETLAWYERS.COM
TELE: (305) 373-6711
FAX: (305) 373-4770

Respectfully Submitted,

/s/Dylan G. Barket, Esq.
Florida Bar Number: 1026381
DC ID: FL00128
