# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 23-MJ-00233-ZMF** |
| | : | |
| v. | : | |
| | : | |
| **PHILIP ANDERSON** | : | |
| | : | |
| **Defendant.** | : | |

## CONSENT MOTION TO CONTINUE STATUS AND PRELIMINARY HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully files this motion to adjourn the status conference and preliminary hearing currently set for Thursday, February 15, 2024, in the above-captioned matter for approximately 3 weeks, until Thursday, March 7, 2024, or a date convenient to the Court. The parties are seeking additional time to engage in plea negotiations and to review discovery.

The government conferenced this motion with counsel of record for the defendant, and counsel concurs with this motion.

The parties additionally request that the Court exclude the time until the status conference and preliminary hearing on March 7, 2024, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice by taking such actions outweighs the best interests of the public and the defendant in a speedy indictment and trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

//

//

1

For the reasons set forth above, the United States requests that this motion be allowed and the attached proposed Order entered.

              Respectfully submitted,

              MATTHEW M. GRAVES
              United States Attorney
              D.C. Bar No. 481052

      By:  */s/ Julie Bessler*_____

              JULIE BESSLER
              Assistant United States Attorney
              United States Attorney's Office
              for the District of Columbia
              Pennsylvania Bar No. 328887
              Julie.bessler@usdoj.gov

## Certificate of Service

I certify that a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

      By:  */s/ Julie Bessler*_____
              JULIE BESSLER
              Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 23-MJ-00233-ZMF |
| | : | |
| v. | : | |
| | : | |
| PHILIP ANDERSON | : | |
| | : | |
| Defendant. | : | |

# ORDER

Based upon the representation in the Consent Motion to Continue the Status and Preliminary Hearing and to Exclude Time under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

ORDERED that the Motion is GRANTED; it is further ORDERED that the currently scheduled status and preliminary hearing on February 15, 2024, be continued for good cause until Thursday, March 7, 2024, at 1:00 p.m.; and it is further

ORDERED that the time between February 15, 2024, and March 7, 2024, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. §§ 3161(b), 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy indictment and trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution and the review of discovery.

Date: _____

JUDGE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE